AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-524

Willie James, Jr., et al

v.

Monroe County Jail, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

Date: October 19, 2005                                         RODNEY C. EARLY,
                                                               CLERK

                                            By:       s/Deborah M. Zeeb
                                                      Deputy Clerk